UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:17-CR-43-SS-6 |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| JAMIESON TAYLOR WAYNE MINTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 211.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. [*Id.* at 2.] Neither party has objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Minton knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommendation to Accept Guilty Plea [R. 211] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Jamieson Minton is **ADJUDGED** guilty of Count One (1) of the Superseding Indictment;

3. The Defendant's Jury Trial is **CANCELLED**; and

4. A Sentencing Order shall be entered promptly.

This the 18th day of January, 2018.

Gregory F. Van Tatenhove
United States District Judge